IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:16CR77 |
| vs. | |
| LOUIS ORTEGA, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) The motion of attorney Richard H. McWilliams to withdraw as counsel of record for defendant Louis Ortega, (filing no. 42), is granted.

2) Defendant's newly retained counsel, Carlos Monzón, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Richard H. McWilliams from any future ECF notifications herein.

May 17, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge