IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:16CR77 |
| vs. | |
| LOUIS ORTEGA, | WAIVER OF INITIAL APPEARANCE |
| Defendant. | |

Defendant hereby states Defendant:

1) has read, reviewed, and understands the pending Petition for Violation of Pretrial Release;

2) has consulted with counsel regarding the pending charges;

3) waives the right to an initial appearance on the Petition for Violation of Pretrial Release;

4) admits the charges in the Petition for Violation of Pretrial Release; and

5) pursuant to 28 USC § 1746, Defendant declares under penalty of perjury:

> I have read the the statements contained within this document, the statements are true, and and they are hereby knowingly, intelligently, and voluntarily presented to the court in support of Defendant's request to waive the right to an initial appearance on the pending charges.

December 28, 2016.

_____
Defendant

December 28, 2016.

_____
Defense Counsel

IT IS ORDERED:

The Defendant's waiver of initial appearance is hereby accepted and approved.

December 28, 2016.

                                                  _____
                                                  United States Magistrate Judge