## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:16CR77** |
| vs. | |
| | **ORDER** |
| LOUIS ORTEGA, | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 194) is granted.

2. Defendant Louis Ortega's violation of supervised release hearing is continued to December 17, 2020, at 11:30 a.m., before the undersigned United States District Judge, in Courtroom No. 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 17th day of November, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge